| | | |
|---|---|---|
| **RHONDA K. OLIVER** | * | **NO. 2024-CA-0290** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **DEPARTMENT OF FINANCE** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

*JCL*      **LOBRANO, J., CONCURS IN THE RESULT**